**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                    Case No. 4:16-cr-00221 KGB

BLAINE FRANCIS HOUSER                                                                             DEFENDANT

## ORDER

Before the Court is defendant Blaine Francis Houser's *pro se* motion for early termination of probation (Dkt. No. 14). The government has responded that it has conferred with Mr. Houser's probation officer, Brent Young, and neither he nor the government objects to Mr. Houser's motion (Dkt. No. 17).

Mr. Houser plead guilty to one count of mail fraud, a violation of 18 U.S.C. § 1341 (Dkt. Nos. 4-5). On April 5, 2017, this Court sentenced Mr. Houser to five years of probation (Dkt. Nos. 11-12).

Early termination of probation is governed by 18 U.S.C. § 3564(c). The Court may, after considering the factors set forth in 18 U.S.C. § 3553(a), terminate a term of probation after the expiration of one year of probation in the case of a felony "if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." *See* 18 U.S.C. § 3564(c). For early termination to be justified, the defendant must show more than mere compliance with the terms of probation. *United States v. Caruso*, 241 F. Supp. 2d 466, 469 (D. N.J. 2003).

Mr. Houser has gone beyond merely complying with the terms of his probation. According to his motion, Mr. Houser has given back to the community by training employees to better themselves and sharing his story with others so that they can learn from his mistakes (Dkt. No. 14, at 1). Mr. Houser has paid restitution in full and has completed 200 hours of community service

(*Id.*). He has maintained employment and was promoted to Assistant Manager and then to General Manager by his employer (*Id.*).

The Court finds that modification of Mr. Houser's sentence is warranted. His motion is granted, and he is released from the remainder of his probationary sentence.

It is so ordered this 26th day of May, 2021.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　United States District Judge